**FILED**
**JUN 15 2021**
**U.S. DISTRICT COURT**
**ELKINS WV 26241**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 2:21-CR-13 |
| JEREMIAH LINCOLN SEIB, | Violations: 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(2) |

# INDICTMENT

The Grand Jury charges that:

### COUNT ONE

**(Unlawful Possession of a Firearm)**

On or about December 21, 2020, in Grant County, in the Northern District of West Virginia, defendant **JEREMIAH LINCOLN SEIB**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, First Degree Robbery, in the Circuit Court of Mineral County, West Virginia, in case number 14-F-14, on June 23, 2014, knowingly possessed a firearm, that is: a Smith & Wesson, Inc., model Bodyguard 380, .380 caliber semi-automatic pistol, serial number EBE7221; and the firearm was in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including: a Smith & Wesson, Inc., model Bodyguard 380, .380 caliber semi-automatic pistol, serial number EBE7221.

A true bill,

/s/
Grand Jury Foreperson

/s/
RANDOLPH J. BERNARD
Acting United States Attorney

Stephen Warner
Assistant United States Attorney